**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IDILIO MONSIVAIS,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-01146-GMN-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). Although Defendants filed motions to dismiss, Docket Nos. 13, 20, a request to stay discovery has also not been filed, *cf. Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011). If Defendants seek a stay of discovery, they must file a motion seeking such relief by October 28, 2024. If such a motion is filed, discovery will be stayed on an interim basis pending resolution of that motion. If such a motion is not filed, a joint discovery plan must be filed by November 7, 2024.

　　　　IT IS SO ORDERED.

　　　　Dated: October 18, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge